**FILED**

UNITED STATES DISTRICT COURT

2004 FEB 17 P 3:01

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT

IN RE:   Chrzanowski            DOCKET NO.:3:02cv279 (DJS)

:USCA NO.   02-2531

VS.

Ashcroft

### INDEX TO RECORD ON APPEAL

Certified copy of docket sheet

**DOCUMENT NO.**
A

Please use attached docket sheet as index to the record

02-2531

```
Proceedings include all events.                              INS     APPEAL
3:02cv279 Chrzanoski v. Ashcroft                             CLOSED

2/15/02    1      PETITION for writ of habeas corpus     FILING FEE $ 5.00
                  RECEIPT # H005577 & for stay of removal (part 1 of 2) (jdw)
                  [Entry date 02/15/02]

2/15/02    1      PETITION for writ of habeas corpus & MOTION by Jaroslaw
                  Chrzanoski  to Stay removal (part 2 of 2) (jdw)
                  [Entry date 02/15/02] [Edit date 02/15/02]

2/15/02    2      MEMORANDUM by Jaroslaw Chrzanoski  in support of [1-1]
                  motion  to Stay removal, [1-1] petition for habeas corpus
                  (jdw) [Entry date 02/15/02]

2/22/02    3      ORDER issued granting [1-1] motion to Stay removal. Further
                  ordered that the respondent or his representative appear on
                  2/26/02 at 9:00 to show cause ( signed by Judge Dominic J.
                  Squatrito ) (tgp) [Entry date 02/22/02]

2/26/02    4      Show Cause Hearing held.  Reporter: Lamareaux (DJS) (bag)
                  [Entry date 02/27/02]

3/7/02     5      BRIEF by Jaroslaw Chrzanoski in support of [1-1] petition
                  (bag) [Entry date 03/11/02]

3/12/02    6      APPEARANCE of Attorney for John Ashcroft  -- John B. Hughes
                  (bag) [Entry date 03/14/02]

4/1/02     7      MOTION by John Ashcroft to Dismiss  (Brief Due 4/22/02 )
                  (bag) [Entry date 04/03/02]

4/5/02     8      RESPONSE by Jaroslaw Chrzanoski  to [1-1] petition (bag)
                  [Entry date 04/09/02]

6/7/02     9      MOTION by Jaroslaw Chrzanoski to File supplemental
                  memorandum of law (bag) [Entry date 06/10/02]

6/12/02    --     ENDORSEMENT granting [9-1] motion to File supplemental
                  memorandum of law  ( signed by Judge Dominic J. Squatrito )
                  (bag) [Entry date 06/13/02]

6/12/02    10     SUPPLEMENTAL MEMORANDUM by Jaroslaw Chrzanoski  in support
                  of [1-1] petition (bag) [Entry date 06/13/02]

7/24/02    11     RULING granting [7-1] motion to Dismiss, dismissing [1-1]
                  petition  ( signed by Judge Dominic J. Squatrito ) 7
                  Page(s) (jrb) [Entry date 07/25/02]

7/24/02    12     JUDGMENT for John Ashcroft  against Jaroslaw Chrzanoski  (
                  signed by Clerk ) (jrb) [Entry date 07/25/02]

7/24/02    --     Case closed (jrb) [Entry date 07/25/02]

8/12/02    13     NOTICE OF APPEAL of [12-1] judgment order, [11-1] order  by
                  Jaroslaw Chrzanoski    FILING FEE $ 105.00   RECEIPT # H7044
                  Certified Copy of Appeal and Docket mailed to USCA (cam)
```

```
Proceedings include all events.                                    INS     APPEAL
3:02cv279 Chrzanoski v. Ashcroft                                   CLOSED

                [Entry date 08/14/02]

9/10/02    --       Record on Appeal Mailed to USCA: [13-1] appeal  by Jaroslaw
                    Chrzanoski (cam) [Entry date 09/10/02]
```